**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| CELLSPIN SOFT, INC. | § | |
| | § | |
| v. | § | Case No. 2:24-CV-0263-JRG-RSP |
| | § | LEAD CASE |
| | § | |
| SENSEONICS HOLDINGS, INC., ET AL. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before this Court is the Motion to Dismiss filed by Defendants Senseonics Holdings, Inc. ("Senseonics") and Ascensia Diabetes Care Holdings AG ("Ascensia AG") (together, "Defendants") pursuant to Fed. R. Civ. P. 12(b)(6).  Having considered the Motion, the record, the parties' briefing, and the arguments of counsel, the Court finds that it should be and hereby is **GRANTED**.